No. 10–7835. JOHNSON v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 10–8008. WALKER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–8059. RILEY v. LOUISIANA STATE BAR ASSN. ET AL. C. A. 5th Cir. Certiorari denied.

No. 10–8164. JORDAN v. TENNESSEE. Sup. Ct. Tenn. Certiorari denied.

No. 10–8166. STEVENS v. EPPS, COMMISSIONER, MISSISSIPPI DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 10–8167. SMITH v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 10–8248. STOREY v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 10–8250. STANFORD v. OLIN. Ct. App. Cal., 4th App. Dist., Div. 3. Certiorari denied.

No. 10–8261. HENRETTA v. TENNESSEE. Sup. Ct. Tenn. Certiorari denied.

No. 10–8374. FARMER v. ALASKA ET AL. Sup. Ct. Alaska. Certiorari denied.

No. 10–8694. EILAND v. BRITTON, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HOUTZDALE, ET AL. C. A. 3d Cir. Certiorari denied.

No. 10–8695. LOOSE v. COLORADO MENTAL HEALTH INSTITUTE AT PUEBLO ET AL. C. A. 10th Cir. Certiorari denied.

No. 10–8700. BRIGHT v. MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 10–8705. WILLIAMS v. ALFA INSURANCE COS. Ct. Civ. App. Ala. Certiorari denied.

No. 10–8709. BEAN v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.